# ELECTRONIC RECORD

1121-14
1122-14

COA # 01-12-01075-CR          OFFENSE: 71.02 (Engaging in Organized Crim Activity)

STYLE: Marcus Lee Jefferson v. The State of Texas          COUNTY: Harris

COA DISPOSITION: AFFIRM          TRIAL COURT: 180th District Court

DATE: 08/14/2014          Publish: NO          TC CASE #: 1321017

---

## IN THE COURT OF CRIMINAL APPEALS

1121-14
1122-14

STYLE: Marcus Lee Jefferson v. The State of Texas          CCA #: 

_____PRO SE_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: 

_____STRUCK_____          JUDGE: 

DATE: 02/04/2015          SIGNED: _____          PC: _____

JUDGE: Per Curiam          PUBLISH: _____          DNP: _____

----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

_PRO SE_ PETITION

FOR DISCRETIONARY REVIEW

IS REFUSED

DATE 04/29/2015

JUDGE

**ELECTRONIC RECORD**